THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MOE ABELSON, Appellant.

Reported below, 162 App. Div. 674.
(Submitted May 22, 1916; decided May 23, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1914, which reversed a judgment of the Court of Special Sessions of the City of New York sustaining a demurrer to an information filed against the defendant and disallowed said demurrer.

The motion was made upon the ground of failure to file the required return.

*Edward Swann, District Attorney (Robert C. Taylor* of counsel), for motion.

*Robert M. Moore* opposed.

Motion granted unless brief for appellant is served upon the district attorney within five days, in which event the case is set down for argument on June 5, 1916.